1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiff AZIN MORTAZAVI**

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  AZIN MORTAZAVI                        )
                                          )
13              Plaintiff,                )    **Civil Action No.**
                                          )
14         v.                             )
                                          )
15  ROSEMARY MELVILLE, District Director  )    **COMPLAINT FOR**
    USCIS San Francisco District Office   )    **MANDAMUS**
16  EMILIO T. GONZALEZ, Director, USCIS   )
    MICHAEL CHERTOFF, Secretary           )    **IMMIGRATION**
17  Department of Homeland Security       )
    ALBERTO GONZALES, Attorney General,   )
18  Department of Justice                 )
                Defendants                )
19  _____)

20
                    **I. INTRODUCTION**
21
            This action is brought by Plaintiff to compel Defendants to process the
22
    necessary background checks and adjudicate her application for Adjustment of
23
    Status to Permanent Residence (Form I-485) under 8 U.S.C. §1255.   Plaintiff's
24
    application was filed on January 9, 2006  with the National Benefit's Center of
25
    the United States Citizenship and Immigration Services ("USCIS").   Plaintiff
26
    has sent inquiries and requests for adjudication concerning this application.
27

28  *Mortazavi v. Melville*
    Complaint for Mandamus                1

1  Defendants have failed to complete her background check and failed to

2  adjudicate the application.

3

4                            **II.  PARTIES**

5       1.  Plaintiff, Azin Mortazavi, is currently an applicant for adjustment of

6  status to lawful permanent residence as the spouse of a United States citizen.

7  She resides in Oakland, California.

8

9       2.  Defendant Rosemary Melville is sued in her official capacity as the

10  District Director of the San Francisco District Office of the United States

11  Citizenship and Immigration Services, an agency within the Department of

12  Homeland Security, which is charged by law with the duty of adjudicating I-

13  485 applications  for adjustment of status to lawful permanent residence under

14  8 U.S.C. §1255.

15

16       3.  Defendant Emilio T. Gonzalez is sued in his official capacity as the

17  Director of the United States Citizenship and Immigration Services, an agency

18  within the Department of Homeland Security, which is charged by law with the

19  duty of adjudicating  I-485 applications  for adjustment of status to lawful

20  permanent residence under 8 U.S.C. §1255.

21

22       4.    Defendant Michael Chertoff is sued in his official capacity as  the

23  Secretary of the Department of Homeland Security.  In this capacity he has

24  responsibility for the administration and enforcement of the immigration laws

25  pursuant to 8 U.S.C. §1103(a) including the accurate, efficient and secure

26  processing of immigration benefits.

27

28  *Mortazavi v. Melville*
    Complaint for Mandamus                        2

1      5.      Defendant Alberto Gonzales is sued in his official capacity as the

2   Attorney General of the United States and is charged with the authority and

3   duty to direct, manage, and supervise all employees and all files and records of

4   the Department of Justice including  security checks required to obtain an

5   immigration benefit such as adjustment of status to lawful permanent

6   residence.  He oversees the FBI which is responsible for conducting both

7   criminal record checks and the National Name Check Program ("NNCP").  The

8   NNCP disseminates information from the FBI's Central Records System in

9   response to requests submitted by federal agencies, including USCIS.

10

11                              **III. JURISDICTION**

12      6.      This is a civil action brought pursuant to 28 USC §§ 1331 and

13   1361 to redress the deprivation of rights, privileges and immunities secured to

14   Plaintiff, by which jurisdiction is conferred, to compel Defendants to perform

15   duties owed to Plaintiff.

16

17      7.      Jurisdiction is also conferred by 5 USC §§ 555(b) and 704. Plaintiff

18   is aggrieved by adverse agency action in this case, as the Administrative

19   Procedures Act requires in order to confer jurisdiction on the District Courts.

20   5 USC § 702 *et seq.*

21

22      8.      The aid of the Court is invoked under 28 USC §§ 2201 and 2202,

23   authorizing a declaratory judgment.

24

25      9.      Costs and attorneys fees will be sought pursuant to the Equal

26   Access to Justice Act, 5 USC § 504, and 28 USC §2412(d), *et seq.*

27

28   *Mortazavi v. Melville*
     Complaint for Mandamus                3

1

## IV. VENUE

2      10.   Venue is proper in the Northern District of California since Plaintiff

3   resides in Oakland, California.

4

5

## V. EXHAUSTION OF REMEDIES

6      11.   Plaintiff has exhausted her administrative remedies.  Plaintiff,  her

7   husband, and his attorney have made several inquiries concerning the status

8   of her I-485 application to no avail.  (*See Attachment A*)

9   Plaintiff has no other adequate remedy available for the harm she seeks to

10   redress - the failure of Defendants to adjudicate her application for adjustment

11   of status to permanent residence in a timely manner.

12

13

## VI. REMEDY SOUGHT

14      12.   Plaintiff seeks to have the Court compel Defendants to take

15   whatever steps are necessary to adjudicate her pending  I-485  application

16   forthwith.

17

18

## VII. STATEMENT OF FACTS

19      13.  Plaintiff is a native of Iran.  Her husband is a United States citizen.

20   *(See Attachment B)*   They were married on on December 15, 2003 in Tehran,

21   Iran.

22

23      14.  Plaintiff was issued a K-3 visa by the United States Embassy in

24   Ankara, Turkey on October 25, 2005. *(See Attachment C)*

25

26      15.  The purpose of a K-3 visa is to allow the spouse of a United States

27

28   *Mortazavi v. Melville*
     Complaint for Mandamus                    4

1    citizen to come to the United States and apply for adjustment of status to

2    lawful permanent residence.  See 8 U.S.C. §101(a)(15)(K)(ii) and 8 C.F.R §

3    245.1(c)(6)(ii).

4

5        16.  On information and belief, the State Department cleared Plaintiff's

6    security background checks prior to issuing her a K-3 visa.

7

8        17.  Plaintiff arrived in the United States on December 29, 2005 and was

9    admitted in K-3 status. *(See Attachment C)*

10

11       18.  On January 9, 2006 Plaintiff applied for adjustment of status to

12   lawful permanent residence under 8 U.S.C. §1255 with the National Benefits

13   Center of USCIS.   According to the receipt for the I-485 application,  Plaintiff's

14   alien registration number is A98 750 617.   *(See Attachment D)*

15

16       19.  Plaintiff's alien registration file includes a notice of approval of the K-

17   3 visa petition (Form I-129F) processed under 8 CFR § 214.2(k)(7); a notice of

18   approval of an  immediate relative visa petition (Form I-130) processed under 8

19   CFR § 204.1; and a pending application for permanent residence (From I-485)

20   processed under 8 CFR § 245.1  *(See Attachment E)*

21

22       20.  Defendants have taken Plaintiff's fingerprints multiple times on the

23   following dates: February 17, 2006,  May 9, 2006,  June 17, 2006,  July 20,

24   2006,  February 22, 2007. *(See Attachment F)*

25

26       21.  Plaintiff and his wife were interviewed at the USCIS District Office in

27

28   *Mortazavi v. Melville*
     Complaint for Mandamus                    5

1  San Francisco on May 8, 2006.   At this interview Plaintiff was informed that

2  her application for adjustment of status could not be approved since her FBI

3  name check was pending.  *(See Attachment G)*

4

5      22.  The USCIS District Office in San Francisco is currently processing I-

6  485 applications filed as of January 13, 2007.   Since Plaintiff's I-485

7  application was filed on January 9, 2006, it is significantly past the current

8  processing time.  See List of San Francisco District Office Processing Dates as

9  of July 16, 2007 found at https://egov.uscis.gov/cris/jsps/ptimes.jsp.

10  (*Attachment H*)

11

12                        **VIII. CAUSE OF ACTION**

13      23.   Plaintiff alleges that Defendants have a non-discretionary duty to

14  complete the processing of her application for permanent residence in a

15  reasonable time.  Despite the fact that Plaintiff's application has been pending

16  since January 9, 2006, Defendants have failed to complete the processing of

17  the application.

18

19      24.  Plaintiff has made several inquiries about the status of her

20  application.   In response to these inquiries, Plaintiff was informed that her I-

21  485 application remains pending because the name check has not been

22  completed.  *(See Attachment A)*

23

24      25.   Plaintiff asserts that her application has been pending for a period

25  of time which is unreasonable and that Defendants have no legal basis for

26  failing to proceed with the case.

27

28  *Mortazavi v. Melville*
    Complaint for Mandamus                    6

1
2
3

26.  It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application. 8 U.S.C. § 1571.

4
5
6
7
8
9
10
11
12

27.    Plaintiff wishes to become a U.S. citizen as soon as possible and enjoy all the liberties and freedoms attendant thereto, including the right to vote,  jury service, and the freedom to travel abroad and return to the United States without fear of exclusion.   To be eligible for naturalization, Plaintiff must have resided in the United States for three years as a lawful permanent resident.  8 U.S.C. §1430 (a).   Plaintiff's ability to apply for naturalization has been delayed since her application for permanent residence has not been adjudicated.

13
14
15
16
17

28.  Plaintiff has also been damaged by Defendants' inaction in that:  Plaintiff's immigration status is considered "temporary" for an indefinite period of time and she is thereby deprived of the "peace of mind" to which she is entitled.

18
19
20
21
22
23
24
25

29.  Plaintiff has also been harmed by Defendants' inaction because she is required to apply each year for employment authorization (Form I-765) under 8 CFR 274a.12(c)(9) and "advance parole" (Form I-131), which is a permit to travel abroad and return to this country while her application is pending , under 8 U.S.C. §1182 (d)(5)(A) .  Her current employment authorization expires on April 15, 2008.  Her current advance parole expires on April 15, 2008.  *(See Attachment I)*

26
27
28

*Mortazavi v. Melville*
Complaint for Mandamus                    7

1    30.  These applications are costly and time consuming. The filing

2    fees for these applications will increase to $340 and $305, respectively,

3    effective July 30, 2007 *( See Attachment J)*

4

5    31.  The Defendants, in violation of the Administrative Procedures Act,

6    5 U.S.C. §§555(b) and 701 et seq., are unlawfully withholding or unreasonably

7

8    delaying action on Plaintiff's application and have failed to carry out the

9    adjudicative functions delegated to them by law.

10

11                              **VII.  PRAYER**

12    32.  WHEREFORE, in view of the arguments and authority noted herein,

13

14    Plaintiff respectfully prays that the Defendants be cited to appear herein and

15    that, upon due consideration, the Court enter an order:

16        (a) requiring Defendants to adjudicate Plaintiffs' I-485 application

17
          forthwith
18
19        (b) awarding Plaintiff reasonable attorney's fees and costs of court and

20        (c) granting such other relief at law and in equity as justice may require.

21

22
      DATED:   July 20, 2007
23

24                          _____

25                                      _____/s/_____
                                        Kip Evan Steinberg
26                                      Attorney for Plaintiff
                                        AZIN MORTAZAVI
27

28    *Mortazavi v. Melville*
      Complaint for Mandamus                    8

1

2                                **LIST OF ATTACHMENTS**

3
                                        (pp. 1-29)
4

5

6        A     Various inquiries and responses

7        B     Naturalization Certificate of husband, Amirali Rahmatian

8
         C     K-3 Visa and Form I-94 evidencing admission in K-3 status on
9
                December 29, 2005
10

11       D     Receipt for  filing Application for Adjustment of Status (Form I-485)

12              on January 9, 2006

13
         E     Notice of Approval of K-3 visa petition;  Notice of Approval of I-130
14
                visa petition
15

16       F      Notices of fingerprint appointments

17       G     Notice of Interview on May 8, 2006

18
         H     San Francisco District Office Processing Dates Posted July 16,
19
                2007
20

21       I     Evidence of filing extensions of employment authorization

22               (Form I-765) and advance parole (Form I-131)

23
         J     USCIS Fee Schedule effective July 30, 2007
24

25

26

27

28    *Mortazavi v. Melville*
      Complaint for Mandamus                    9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28