DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504

http://feinstein.senate.gov

June 22, 2007

Mrs. Azin Mortazavi
4379 Terrabella Place
Oakland, California 94619

Dear Mrs. Mortazavi:

The Federal Bureau of Investigation has told me that your name check has been pending since January 26, 2006. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

**EXHIBIT A**

FRESNO OFFICE:
2500 Tulare Street
Suite 4290
Fresno, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 Santa Monica Boulevard
Suite 915
Los Angeles, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B Street
Suite 1030
San Diego, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
One Post Street
Suite 2450
San Francisco, CA 94104
(415) 393-0707



DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION - CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

March 30, 2007

Mrs. Azin Mortazavi
4379 Terrabella Place
Oakland, California 94619

Dear Mrs. Mortazavi:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

**EXHIBIT A**

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Feb 13, 2007

Amirali Rahmatian
4379 Terrabella Place
Oakland ,CA 94619
Tel: 510-530 8814
Email: aarahmatian@yahoo.com

Honorable Dianne Feinstein

Dear Mrs.Feinstein,

My name is Amirali Rahmatian; I am a US citizen and have lived in the U.S. for the past 15 years. I would like to request your assistance in helping my wife, Azin Mortazvi (A# A098750617), with an immigration issue.

My wife is currently in the United State, and she has applied for adjustment of status to lawful permanent residence on january 9, 2006. She was fingerprinted at the USCIS Application Support Center on Feburary 17 2006. She was interviewed at the USCIS office in San Francisco on May 8, 2006. This case has now been pending for approximately one year.

Per my conversation with Immigration office and our lawyer, Kip Even Steinberg, the only thing on her file left to be completed is her security clearance from the FBI. This security clearance is taking longer than expected. I am afraid my wife's case is drawn into the FBI's "black hole " awaiting a background check. I was hoping, by troubling you and requesting your help, maybe you could draw the attention toward this case and either end or shorten the waiting period.

Thank you in advance

Amirali Rahmatian

(3)

EXHIBIT A





Department of Homeland Security
Bureau of Citizenship & Immigration Services
San Francisco District Office
630 Sansome Street Room 200
San Francisco, CA 94111

## *USCIS INQUIRY RESPONSE*

DATE: 01/23/07

TO: Kip Evan Steinberg, Esq.

File Number: A 98 750 617 (Azin Mortazavi)

COMMENTS: Regarding Inquiry

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.

EXHIBIT A

④

KIP EVAN STEINBERG

CERTIFIED SPECIALIST • IMMIGRATION & NATIONALITY LAW • THE STATE BAR OF CALIFORNIA BOARD OF LEGAL SPECIALIZATION

ERIC W. RATHHAUS

January 19, 2007

USCIS
Adjustment of Status Section
630 Sansome Street - Room 220
San Francisco, CA 94111

**Re: Azin Mortazavi**
**File No. A98 750 617**

Dear Sir or Madam:

The above named individual filed an application for adjustment of status to lawful permanent residence on January 9, 2006.    She was interviewed on May 8, 2006.

Please advise as to the current status of this case.  Thank you.

Very truly yours,


Kip Evan Steinberg
encl.


EXHIBIT  A

LAW OFFICES OF KIP EVAN STEINBERG

Courthouse Square  •  1000 Fourth Street  •  Suite 600  •  San Rafael, California 94901
Tel: 415.453.2855  •  Fax: 415.456.1921
kip@steinberg-immigration-law.com  •  eric@steinberg-immigration-law.com
www.steinbergimmlaw.com



# Law Offices of Kip Evan Steinberg

**Attorneys at Law**
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Tel: (415) 453-2855  FAX: (415) 456-1921

E Mail: kip@steinberg-immigration-law.com

### FAX COVER SHEET

**Date:**      January 19, 2007

**Pages:**     1 (including this one)

**To:**        FBI Name Check Inquiry Unit

**Fax:**       202-324-3367

**From:**      Kip Evan Steinberg

**Re:**        Azin Mortazavi
               DOB: 7/19/1982
               POB: Rafsanjan, Iran
               USCIS File No. A98 750 617

We are inquiring about the status of the above named individual's Name Check.

Ms. Mortazavi is married to a U.S. citizen.  She applied for adjustment of status to lawful permanent residence on January 9, 2006.  She was fingerprinted at the USCIS Application Support Center on February 17, 2006.  She was interviewed at the USCIS office in San Francisco, CA on May 8, 2006.

This case has now been pending for approximately one year. Please advise as the status of the Name Check in this case.

Thank you.

EXHIBIT A



THE UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 28543164

FORM N-550 REV. 4/04

DEPARTMENT OF HOMELAND SECURITY

*Personal description of holder as of date of naturalization:*

*Date of birth:* FEBRUARY 04, 1975

*Sex:* MALE

*Height:* 5 feet 10 inches

*Marital status:* MARRIED

*Country of former nationality:* IRAN

Amirali

Rahmalian



*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*CIS Registration No.* A078050336

(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the* Department of Homeland Security

*at* SAN FRANCISCO, CALIFORNIA

AMIRALI RAHMATIAN

*then residing in the United States, having applied to be admitted as a citizen of the United States of America and having found that such person had resided in the United States, and in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person is admitted as a citizen of the United States of America.*

US CITIZENSHIP AND IMMIGRATION SERVICES

*and allegiance in conformity conducted by the*

*that such person is admitted as a citizen of the United States of America.*

*Seen on* FEBRUARY 08, 2005

*Director, U.S. Citizenship and Immigration Services*

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

⑦

EXHIBIT B





EXHIBIT C

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
| --- | --- | --- | --- |
| MSC-06-105-23423 | | I-485 - Application to Register Permanent Residence or Adjust Status | |
| Received Date: January 09, 2006 | Priority Date: | Applicant: | A098750617 MORTAZAVI, AZIN |
| Notice Date: January 18, 2006 | Page 1 OF 1 | ASC Code: 3 | |

| KIP STEINBERG 1000 FOURTH STREET STE 600 SAN RAFAEL CA 94901 | Notice Type: Receipt Notice |
| --- | --- |
| | Amount Received: $395.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
· a passport or national photo identification issued by your country,
· a driver's license,
· a military photo identification, or
· a state-issued photo identification card.

RECEIVED

JAN 2 3 2006

LAW OFFICES OF
KIP EVAN STEINBERG

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS-
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

(9)



EXHIBIT D

5154656    0003019893    Form I-797C (Rev. 11/28/03) N

Case 3:07-cv-02728-S...  Document 1-3  Filed 07/23/2007  Page 10 of 29

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE 1129F |
| --- | --- | --- |
| MSC-05-158-11204 | | PETITION FOR FIANCE(E) |
| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| March 9, 2005 | | RAHMATIAN, AMIRALI |
| NOTICE DATE | PAGE | BENEFICIARY A098 750 617 |
| July 12, 2005 | 1 of 1 | MORTAZAVI, AZIN |

| | |
| --- | --- |
| KIP E. STEINBERG<br>1000 FOURTH STREET SUITE 600<br>SAN RAFAEL CA 94901 | Notice Type: Approval Notice<br>Valid from 07/12/2005 to 11/12/2005<br>Consulate: ANKARA |

The above petition has been approved. We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (the beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is (603)334-0700.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA. A K-3/K-4 nonimmigrant classification does not provide immigrant status.

To obtain immigrant status - once your spouse has been admitted to the United States in K3 status - the K3 nonimmigrant must properly file Form I-485 (Application for Adjustment of Status to Residence). A K-4 nonimmigrant must have a Form I-130 filed on his/her behalf by his/her U.S. citizen parent/stepparent and must file a Form I-485.



RECEIVED

JUL 1 8 2005

LAW OFFICES OF
KIP EVAN STEINBERG

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
BCIS - DHS
P.O. BOX #7216
CHICAGO IL 60680-7216
Customer Service Telephone: (800) 375-5283





EXHIBIT

Form I-797 (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-05-093-50390 | **CASE TYPE** I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| **RECEIPT DATE** February 15, 2005 **PRIORITY DATE** February 11, 2005 | **PETITIONER** A78 050 336 RAHMATIAN, AMIRALI |
| **NOTICE DATE** August 1, 2005 **PAGE** 1 of 1 | **BENEFICIARY** MORTAZAVI, AZIN |

| | |
|---|---|
| KIP E. STEINBERG L/O OF KIP EVAN STEINBERG RE: AMIRALI RAHMATIAN 1000 FOURTH ST STE 600 SAN RAFAEL CA 94901 | Notice Type: Approval Notice Section: Husband or wife of U.S. Citizen, 201(b) INA |

The above petition has been approved. We have sent the original visa petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is (603) 334-0700.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.



RECEIVED
AUG 0 4 2005
LAW OFFICES OF
KIP EVAN STEINBERG

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



 

EXHIBIT E

Form I-797 (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| CASE TYPE | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|
| 1485 1765 | MSC0610523423 | MSC0610523426 | 1/26/2006 |
| | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| | | A098750617 | 3 |
| | TCR | SERVICE CENTER | PAGE |
| | | MSC | 1 of 1 |

AZIN MORTAZAVI
c/o KIP STEINBERG

1000 FOURTH STREET SUITE 600
SAN RAFAEL, CA 94901



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO | 02/17/2006 |
| 250 BROADWAY STREET | 11:00 AM |
| SAN FRANCISCO, CA 94111 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

| APPLICATION NUMBER 1 | APPLICATION NUMBER 2 |
|---|---|
| 1485  MSC0610523423 | 1765 - MSC0610523426 |

 

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

RECEIVED
FEB / 0 6 2006
LAW OFFICES OF
KIP EVAN STEINBERG

(12)

# EXHIBIT F

Form I-797C (Rev. 01/31/05) N



**U.S. Citizenship
and Immigration
Services**

**U.S. Department of Homeland Security**

San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

AZIN MORTAZAVI MSC0610523423

A No:  98-750-617

Date:  5/8/2006

Re:                      Code:  2

This is in regards to the application referenced above.  You have been
scheduled to have your biometrics taken at the APPLICATION SUPPORT CENTER
indicated below ONLY on the following date:

### 5/9/2006

**NOTE:** If you do not have your biometrics taken, your application may be considered abandoned and denied
pursuant to 8 CFR § 103.2(b)(13).  **IMPORTANT:** If you are unable to appear on your appointment date, you
should write to the ASC directly to request rescheduling.

| | |
|---|---|
| ☐ **SANTA ROSA** | ☑ **OAKLAND** |
| 1401 Guerneville Road, Suite 100 | 2040 Telegraph Avenue |
| Santa Rosa, CA 95403 | Oakland, CA 94612 |
| Hours:  Tuesday through Saturday | (Near 19th Street Bart Station) |
| 8am to 4pm | Hours:  Tuesday through Saturday |
| Closed Sunday/Monday | 8am to 4pm |
| | Closed Sunday/Monday |
| ☐ **SAN FRANCISCO** | ☐ **MODESTO** |
| 250 Broadway Street | 901 N. Carpenter Road, Suite 14 |
| San Francisco, CA 94111 | Modesto, CA 95351 |
| Hours: Tuesday through Saturday | "Crossroads Shopping Center" |
| 8am to 4pm | Hours:  Tuesday through Saturday |
| Closed Sunday/Monday | 8am to 4pm |
| | Closed Sunday/Monday |
| ☐ **SACRAMENTO** | |
| 731 K Street, Suite 100 | |
| Sacramento, CA 95814 | |
| Hours: Tuesday through Saturday | |
| 8am to 4pm | |
| Closed Sunday/Monday | |

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS CAPTURE BY:
ON  5-9-06
TENPRINTS QA REVIEW BY:
ON

When you go to have your biometrics taken, you must bring: 1) THIS NOTICE; and
2) Photo Identification such as a passport, valid driver's license, national
ID, military ID, or State-issued photo ID.  If you appear without proper
identification, you will not be fingerprinted.



EXHIBIT F

3



**U.S. Citizenship
and Immigration
Services**

U.S. Department of Homeland Security

San Francisco District Office

630 Sansome Street

San Francisco, CA 94111

MSC0610523423

*Azin Mortazavi
4379 Terrabella Pl
Oakland, CA 94619*

A No: 98 750 617

Date: 6/8/06

Re: 1485    Code: 2

This is in regards to the application referenced above. You have been scheduled to have your <u>biometrics</u> taken at the APPLICATION SUPPORT CENTER indicated below ONLY on the following date:

6-17-06

NOTE: If you do not have your biometrics taken, your application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). IMPORTANT: If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.

☐   SANTA ROSA

    1401 Guerneville Road, Suite 100
    Santa Rosa, CA 95403
    Hours: Tuesday through Saturday
        8am to 4pm
        Closed Sunday/Monday

☑   OAKLAND

    2040 Telegraph Avenue
    Oakland, CA 94612
    (Near 19th Street Bart Station)
    Hours: Tuesday through Saturday
        8am to 4pm
        Closed Sunday/Monday

☐   SAN FRANCISCO

    250 Broadway Street
    San Francisco, CA 94111
    Hours: Tuesday through Saturday
        8am to 4pm
        Closed Sunday/Monday

☐   MODESTO

    901 N. Carpenter Road, Suite 14
    Modesto, CA 95351
    "Crossroads Shopping Center"
    Hours: Tuesday through Saturday
        8am to 4pm
        Closed Sunday/Monday

☐   SACRAMENTO

    731 K Street, Suite 100
    Sacramento, CA 95814
    Hours: Tuesday through Saturday
        8am to 4pm
        Closed Sunday/Monday

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:

BIOMETRICS QA REVIEW BY:

    ON 6/17/06

TENPRINTS QA REVIEW BY:

    ON

When you go to have your biometrics taken, you must bring: 1) THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

         www.uscis.gov

**EXHIBIT F**

Department of Homeland Security
San Francisco, CA 94111

BIOMETRICS PROCESSING STAMP

ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY:

ON
TENPRINTS QA REVIEW BY:

82083)  ON  7/20/06

**U.S. Citizenship
and Immigration
Services**

**MORTAZAVI , AZIN**
4379 TERRABELLA PLACE
OAKLAND , CA  94619

File No. A 98 750 617
Date: July 6, 2006
I-485

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the INS APPLICATION SUPPORT CENTER.      JULY 20, 2006

**NOTE:**  If you do not have your finger prints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). **IMPORTANT:  If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.**

☐  **SANTA ROSA**
1401 Guerneville Rd., Suite. 100
Santa Rosa, CA 95403
Hours:   Tuesday through Saturday
8am to 3:30pm

☒  **OAKLAND**
2040 Telegraph Avenue
Oakland, CA  94612
(Near 19th Street Bart Station)
Hours:   Tuesday through Saturday
8am to 3:30pm

☐  **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA 94111
Hours:   Tuesday through Saturday
8:00am to 3:30pm

☐  **MODESTO**
901 N. Carpenter Rd., Suite. 14
Modesto, CA  95351
Hours:   Tuesday through Saturday
8am to 3:30pm

☐  **FRESNO**
4893 East Kings Canyon
Fresno, CA  93727
Hours:   Tuesday through Saturday
8:00am to 3:30pm

☐  **SACRAMENTO**
731 "K" Street, Room 100
Sacramento, CA  95816
Hours:   Tuesday through Saturday
8am to 3:30pm

☐  **SAN JOSE**
122 Charcott Avenue
San Jose, CA  95131
Hours:   Tuesday through Saturday
8:00am to 3:30pm

☐  **SALINAS**
1954 North Main Street (Santa Rita Plaza)
Salinas, CA  93906
Hours:   Tuesday through Saturday
8am to 3:30pm

When you go to have your fingerprints taken, you must bring: 1)  THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

Cc:

**EXHIBIT  F**



**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|
| | MSC0712210567 | | 2/6/2007 |
| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| I765 | | A098750617 | 2 |
| | TCR | SERVICE CENTER | PAGE |
| | | MSC | 1 of 1 |

AZIN MORTAZAVI
4379 TERRABELLA PLACE
OAKLAND, CA 94619

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:

ON

TENPRINTS QA REVIEW BY

ON

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS OAKLAND | 02/22/2007 |
| 2040 TELEGRAPH AVE. | 8:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612

APPLICATION NUMBER 1

I765     MSC0712210567

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

16

**EXHIBIT F**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | NOTICE DATE<br>March 22, 2006 |
|---|---|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A 0?? ??? ??? |
| APPLICATION NUMBER<br>MSC0610523423 | RECEIVED DATE<br>January 09, 2006 | PRIORITY DATE<br>January 09, 2006 | PAGE<br>1 of 1 |

AZIN MORTAZAVI
c/o KIP EVAN STEINBERG
1000 FOURTH STREET STE 600
SAN RAFAEL CA 94901



You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

**Who should come with you?**

☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
☐ If you do not speak English fluently, you should bring an interpreter.
☐ Your attorney or authorized representative may come with you to the interview.



RECEIVED
MAR 2 7 2006
LAW OFFICES OF
KIP EVAN STEINBERG

☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
☐ If you have children, bring a Birth Certificate for each of your children.
☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
　☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
　☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
　☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
　☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

*YOU MUST APPEAR FOR THIS INTERVIEW.* If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>630 SANSOME ST<br>2ND FLOOR - ADJUSTMENT OF STATUS<br>SAN FRANCISCO CA 94111 | ON: Monday, May 08, 2006<br>AT: 09:30 AM |
|---|---|

EXHIBIT G

(17)

5

REPRESENTATIVE COPY



Home   Contact Us   Site Map   FAQ

Search
Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |



Print This Page    Back

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is



 

EXHIBIT    H

because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted July 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|--------------------------------------------------|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | March 07, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | March 07, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | December 12, 2006 |
| N-600 | Application for Certification of Citizenship | April 14, 2007 |

Print This Page     Back

**07-20-2007 04:47 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security



 

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-512L, Authorization for Parole
## of an Alien Into the United States

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued 4/16/2007 | |
|---|---|---|---|---|

MORTAZAVI, AZIN

A#
A098750617     MSC0712210568

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|
| 07/19/1982 | IRAN | | | |

U.S. Address  (Apt number and/or in care of)     (Street Number and Name)     (City)     (State or Province)     (Zip/Postal Code)

4379 TERRABELLA PLACE,  OAKLAND  CA  94619

TRAVEL AUTHORIZATION: Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

PAROLE: The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____4/15/2008_____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. This authorization is valid for multiple applications for parole into the United States during the validity period noted above. Each parole period shall not exceed one year from the date of parole at the port-of-entry.

[X]  Approved

[ ]  Conditions/comments:

### NOTICE - READ BEFORE YOU TRAVEL ABROAD

Parole is not admission into the United States. Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

Parole into the United States is not guaranteed. In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

Travel Warning Regarding Unlawful Presence. If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).

Inadmissibility in general. If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Robert M. Cowan

National Benefits Center
Parole Stamp





Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-512L, Authorization for Parole
## of an Alien Into the United States

(Family Name)          (Given Name)          (Middle Initial)          Date Issued  3/7/2006

A#

MORTAZAVI, AZIN                                                          A098750617    MSC0610523427
Date of Birth (Month/Day/Year)     Country of Birth     (City or Town)     (State or Province)     (Country)

07/19/1982          IRAN
U.S. Address (Apt number and/or in care of)     (Street Number and Name)     (City)     (State or Province)     (Zip/Postal Code)

665 MONTE ROSA DRIVE APT 913 , MENLO PARK CA  94025

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____3/6/2007_____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above. Each parole period shall not exceed one year from the date of parole at the port-of-entry.**

| X | Approved |
| --- | --- |
|   | Conditions/comments: |

## NOTICE - READ BEFORE YOU TRAVEL ABROAD

Parole is not admission into the United States. Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

Parole into the United States is not guaranteed. In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).

Inadmissibility in general. If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Robert M. Cowan

National Benefits Center
National Benefits Center
Parole Stamp



(21)

EXHIBIT I

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
|---|---|---|
| MSC-07-122-10568 | | I-131 - Application for Travel Document |

| Received Date: | Priority Date: | Applicant    A098750617 |
|---|---|---|
| January 29, 2007 | | MORTAZAVI, AZIN |

| Notice Date: | Page    1 OF 1 | ASC Code: |
|---|---|---|
| January 31, 2007 | | |

| AZIN MORTAZAVI | |
|---|---|
| 4379 TERRABELLA PLACE | Notice Type:    Receipt Notice |
| OAKLAND CA 94619 | Amount Received:    $170.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.**
It usually takes 60 to 90 days from the date of this receipt to process this type of case. If you find it necessary to contact
this office in writing, you must include a copy of this receipt notice with your inquiry.

A written notice will be sent to you as soon as a decision is made on your application.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing
impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov
where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283





5241461    0004230756

(22)

Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
|---|---|---|
| MSC-06-105-23427 | | I 131  Application for Travel Document |

| Received Date: | Priority Date: | Applicant    A098750617 |
|---|---|---|
| January 09, 2006 | | MORTAZAVI, AZIN |

| Notice Date: | Page    1 OF 1 | ASC Code: |
|---|---|---|
| January 18, 2006 | | |

| KIP STEINBERG | | |
|---|---|---|
| 1000 FOURTH STREET STE 600 | Notice Type: | Receipt Notice |
| SAN RAFAEL  CA  94901 | Amount Received: | $170.00 |

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.**
It usually takes 60 to 90 days from the date of this receipt to process this type of case.  If you find it necessary to contact
this office in writing, you must include a copy of this receipt notice with your inquiry.

A written notice will be sent to you as soon as a decision is made on your application.

RECEIVED
JAN 23 2006
LAW OFFICES OF
KIP EVAN STEINBERG

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283.  For TDD hearing
impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov
where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



EXHIBIT   1

5154656        (23)        0003019893        Form I-797C (Rev. 11/28/03) N

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

# EMPLOYMENT AUTHORIZATION CARD

This person identified is authorized to work in the U.S. for the validity of this card.

NAME MORTAZAVI, AZIN

A# 098-750-617

CARD # MSC0712210567

Birthdate

Category

Sex F

Terms and Conditions

"NOT VALID FOR REENTRY TO U.S."

CARD VALID FROM 04/16/07  EXPIRES 04/15/08

EXHIBIT 1

(24)

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I765 |
|---|---|---|---|
| MSC-06-105-23426 | | APPLICATION FOR EMPLOYMENT AUTHORIZATION | |

| RECEIPT DATE | PRIORITY DATE | APPLICANT | A098 750 617 |
|---|---|---|---|
| January 18, 2006 | | MORTAZAVI, AZIN | |

| NOTICE DATE | PAGE |
|---|---|
| March 14, 2006 | 1 of 1 |

KIP E. STEINBERG
1000 FOURTH STREET STE 600
SAN RAFAEL CA 94901

Notice Type: Approval Notice
Class: C09
Valid from 03/07/2006 to 03/06/2007
Representative's Copy

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please call the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS FORM IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B.

RECEIVED
MAR 2 0 2006
LAW OFFICES OF
KIP EVAN STEINBERG

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283

(25)



EXHIBIT I

Form I-797 (Rev. 01/31/05) N

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-07-122-10567 | | Case Type:<br>I-765 - Application for Employment Authorization Document | |
|---|---|---|---|
| Received Date:<br>January 29, 2007 | Priority Date: | Applicant:    A098750617<br>MORTAZAVI, AZIN | |
| Notice Date:<br>January 31, 2007 | Page        1 OF 1 | ASC Code:    2 | |

| AZIN MORTAZAVI<br>4379 TERRABELLA PLACE<br>OAKLAND CA 94619 | Notice Type:        Receipt Notice<br><br>Amount Received:        $180.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

### PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at   www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283





**EXHIBIT**

5241461        0004230756

Form I-797C (Rev. 01/31/05) N

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>M3C-06-105-23426 | | Case Type:<br>I-765 – Application for Employment Authorization Document | |
|---|---|---|---|
| Received Date:<br>January 09, 2006 | Priority Date: | Applicant:    A098750617<br>MORTAZAVI, AZIN | |
| Notice Date:<br>January 18, 2006 | Page    1 OF 1 | ASC Code:    2 | |

KIP STEINBERG
1000 FOURTH STREET STE 600
SAN RAFAEL CA 94901

Notice Type:          Receipt Notice

Amount Received:          $180.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
· a passport or national photo identification issued by your country,
· a driver's license,
· a military photo identification, or
· a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

RECEIVED
JAN 2 3 2006
LAW OFFICES OF
KIP EVAN STEINBERG

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5154656          0003019893

EXHIBIT /

Form I-797C (Rev. 11/28/03) N

# USCIS Fee Schedule

**Effective: July 30, 2007**

USCIS fees change on July 30, 2007.  This fee schedule applies if you file on or after that date.  The fees listed below include both the filing fee and any required biometric fees.

| Form # | Purpose | Fee |
|---|---|---|
| I 90 | **Renew or replace your Permanent Resident Card (green card)** | |
| | If filing to renew your card within 30 days of turning 14 | No fee |
| | All others where a fee is required: filing + biometric= | $ 370 |
| I 102 | **Replace or receive an I-94 Nonimmigrant Arrival-Departure Record** | $ 320 |
| I 129 | **Petition for Nonimmigrant Worker** | |
| | **Note**: Petitions for H-1B, H2B and L-1 workers must also include the supplemental fees and fraud prevention fees described on the form.  Those fee amounts are unchanged. | |
| I 129F | **Fiancée Petition** | |
| | General fiancée petition: | $ 455 |
| | For K-3 status based on an immigrant petition filed by the same U.S. citizen husband or wife: | No fee |
| I 130 | **Relative Petition** | $ 355 |
| I 131 | **Reentry permit, refugee travel document or advance parole** | |
| | Reentry permit or refugee travel document | $ 305 |
| | Advance Parole | $ 305 |
| I 140 | **Petition for an Immigrant Worker** | $ 475 |
| I 191 | **Permission to return to an unrelinquished domicile** | $ 545 |
| I 192 | **Advance permission to enter as a Nonimmigrant** | $ 545 |
| I 193 | **Waive passport and/or visa requirement to enter the U.S.** | $ 545 |
| I 212 | **Permission to reapply for Admission to the U.S. after deportation or removal** | $ 545 |
| I 290B | **Appeal; Motion to Reopen or Reconsider** | $ 585 |
| I 360 | **Petition for AmerAsian, Widow(er) of U.S.C. or Special Immigrant** | |
| | For AmerAsian | No fee |
| | Self-petitioning battered or abused spouse, parent or child of a U.S. citizen or Permanent Resident | No fee |
| | Special Immigrant Juvenile | No fee |
| | All others | $ 375 |
| I 485 | **Adjust status and become a permanent resident while in the U.S.** | |
| | Applying based on your having been admitted to the U.S. as a refugee | No fee |
| | All other eligibility- | |
| | If under 14 and -   filing with the I-485 application of at least one parent: | $ 600 |
| | not filing with the I-485 application of at least one parent: | $ 930 |
| | If 79 or older | $ 930 |
| | All others: filing + biometric= | $ 1,010 |
| | **Note**: The penalty fee, where it applies, is in addition to the above fees, and is unchanged. | |
| I 526 | **Investor Petition** | $ 1,435 |
| I 539 | **Extend stay as Nonimmigrant or change Nonimmigrant status** | $ 300 |
| I 589 | **Asylum** | No fee |
| I 600A | **Advance processing for Orphan Petition =**     $750 (filing + biometric) for you + $ 80 biometric fee for each person 18 or older living with you | |
| | **Note**: If you already have an approved I-600A that is about to expire, and have not yet filed your I-600 petition, you can receive one free extension of your I-600A by filing a new I-600A without fee before the first expires. | |
| I 600 | **Orphan Petition**    If based on an approved I-600A | No fee |
| | Otherwise        $750 (filing + biometric) for you + $ 80 biometric fee for each person 18 or older living with you | |
| I 601 | **Waive grounds of excludability** | $ 545 |
| I 612 | **Waive foreign residence requirement** | $ 545 |
| I-730 | **Refugee/Asylee Relative Petition** | No fee |
| I 751 | **Remove conditions on your Permanent Resident status**     $ 545 (filing + biometric) for you + $80 biometric fee for each dependent you include in your application | |
| I 765 | **Employment Authorization /Employment Authorization Document (EAD)** | $ 340 |
| I 821 | **Temporary Protected Status (TPS) Program** | |
| | First-time applicant                      If under 14 and not applying for an EAD | $ 50 |
| | Otherwise: filing + biometric= | $ 130 |
| | Renewal or re-registration: biometric= | $ 80 |
| I 824 | **Follow-up action on an approved application or petition** | $ 340 |

*Continued on Back...*



EXHIBIT J

# USCIS Fee Schedule

**Effective: July 30, 2007**

| Form # | Purpose | | Fee |
|---|---|---|---|
| I 829 | Remove conditions on Permanent Resident status (investor) | | $ 2,930 (filing + biometric) for you + $80 biometric fee for each dependent you include in your application |
| I 881 | NACARA – suspension of deportation or special rule | | |
| | Filed with USCIS - A base filing fee of $ 285 per person, with a base fee family cap of $ 570 for applications filed together by a husband, wife and unmarried children. Each applicant must also pay an $ 80 biometric fee. | | |
| | Filed with the Immigration Court | | $ 165 |
| I 905 | Authorization for organization to issue certification to health care workers | | $ 230 |
| I 907 | Premium processing fee | | $ 1,000 |
| I 914 | For 'T' nonimmigrant status | | No fee |

## U.S. Citizenship

| | | | |
|---|---|---|---|
| N 300 | To file Declaration of Intent to apply for U.S. Citizenship | | $ 235 |
| N 336 | Request hearing on decision on naturalization application | | $ 605 |
| N 400 | Naturalization (to become a U.S. citizen) | Through service in the U.S. armed forces | No fee |
| | | All others: filing + biometric= | $ 675 |
| N 470 | Preserve residence for naturalization purposes | | $ 305 |
| N 565 | Replace Naturalization/Citizenship Certificate | | $ 380 |
| N 600 N 600K | Recognition of U.S. citizenship | for biological child | $ 460 |
| | | for adopted child | $ 420 |
| N 644 | Posthumous citizenship | | No fee |

## Programs under the 1986 Legalization and Special Agricultural Worker (SAW) Programs

| | | | |
|---|---|---|---|
| I 687 | Become a Temporary Resident: filing + biometric= | | $ 790 |
| I 690 | Waive grounds of Excludability | | $ 185 |
| I 694 | Appeal | | $ 545 |
| I 695 | Replace Temporary Resident Card or Employment Authorization Document: filing + biometric= | | $ 210 |
| I 698 | Temporary Resident's application for permanent resident status | | |
| | Filed within 31 months after granted temporary residence: filing + biometric= | | $ 1,450 |
| | Filed later: filing + biometric= | | $ 1,490 |
| I 817 | Status under Family Unity Program   If under 14 | | $ 440 |
| | All others: filing + biometric= | | $ 520 |

Please be sure you include the correct fee. Cases with the wrong fee will be rejected. Your payment must be in U.S. dollars. Checks and money orders must be from U.S. institutions. Do not mail cash. Checks are accepted subject to collection. Make your check out to "Department of Homeland Security" except that:

- If you are filing an I-881 with the Immigration Court make your payment out to "Department of Justice".
- If you live in Guam, make your payment out to "Treasurer, Guam".
- If you live in the U.S. Virgin Islands, make your payment out to "Commissioner of Finance of the Virgin Islands".

Please spell the name out completely. Do not use initials, such as DHS. Filing and biometric fees cannot be refunded. We may use electronic check conversion for the payment process. Our returned check fee is $30.

**Fee waivers** – USCIS has already waived fees for certain kinds of cases and circumstances. In certain other instances an applicant or petitioner who believes that they are financially unable to pay that fee even though others must pay that fee can apply for a fee waiver. Waiver requests can only be considered for the following forms – I-90; I-751; I-765; I-817; N-300; N-400; N-470; N-565; N-600; N-600k; the I-485 if adjustment of status if based on asylum status, on 'T' or 'U' nonimmigrant status, on an approved self-petitioning battered or abused spouse, parent or child of a U.S. citizen or Permanent Resident, or to whom the public charge provisions do not apply; and the I-290B and N-336 appeals and motions for the above forms. For more information about how to apply, and how to prove eligibility for a waiver, see our website or call us at 1-800-375-5283.

**Copies of documents** – If you are applying to renew or replace a card or USCIS document, and the instructions say to include your current one when you apply, then you must submit your actual card or document. For all other applications and petitions you can submit legible photocopies of documents such as a Naturalization Certificate, birth certificate, marriage certificate, divorce decree or Permanent Resident Card. Any copy must be a complete copy of the front and back. As we process your case we may ask you for the original for verification.

**Adjustment applications and ancillary benefits** – The new application fee for an I-485 is a package fee that includes associated EAD and advance parole applications. Thus, if you file an I-485 with the fee listed above, while you will still need to submit applications for an EAD and advance parole, you will not need to pay a separate fee so long as your adjustment application is pending. However, if you filed your I-485 before this fee change, to apply for or renew your EAD or advance parole, you must file a new application with the new fee for those applications.

EXHIBIT J