1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiff Azin Mortazavi**

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

   AZIN MORTAZAVI                                )
12                                               )
              Plaintiff,                         )    **Case No.  C 07-3768 SI**
13                                               )
       v.                                        )
14                                               )
                                                 )
15                                               )    **Plaintiff's Declaration Of**
                                                 )    **Proof Of Service**
16                                               )
   ROSEMARY MELVILLE, District Director,         )
17 USCIS San Francisco District Office           )
   EMILIO T. GONZALEZ, Director, USCIS           )
18 MICHAEL CHERTOFF, Secretary                   )
   Department of Homeland Security,              )
19 ALBERTO GONZALES, Attorney General,           )
   Department of Justice                         )
20                                               )
                                                 )
21            Defendants                         )
                                                 )
22        I, Kip Evan Steinberg, declare that:

23     1.   I am employed in the County of Marin, California.  My business

24          address is 1000 Fourth Street, Suite 600, San Rafael, CA 94901.

25     2.   I am over the age of eighteen and not a party to the within action.

26     3.   On **July 27, 2007**, I served copies of the following:

27

28 *Mortazavi v. Melville (C-07-3768 SI)*
   Pl. Dec. Of Proof Of Service

1     (a)     File-Marked/Endorsed Complaint for Mandamus filed July 23, 2007
2     (b)     Summons
3     (c)     Order Setting Initial Case Management Conference with attached Standing Order
4     (d)     Copy of a form for the preparation of a Joint Case Management Statement and Proposed Order
5     (e)     Handbook of Dispute Resolution Procedures in the Northern District of California
6     (f)     Copy of the ADR Certification Form
7     (g)     Copy of the "Consent To Proceed Before A United States Magistrate Judge" Form
8     (h)     Welcome To The U.S. District Court, San Francisco
9     (i)     U.S. District Court Northern California ECF Registration Information Handout

on the defendants and interested parties in said cause, by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid for Priority Mail/Delivery Confirmation, in the United States mail at San Rafael, California, addressed as follows:

Rosemary Melville, District Director
USCIS San Francisco District Office
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington DC 20528

Emilio T. Gonzalez
Director of USCIS
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington DC 20528

Michael Chertoff, Secretary
Department of Homeland Security

*Mortazavi v. Melville (C-07-3768 SI)*
Pl. Dec. Of Proof Of Service

1  c/o Office of the General Counsel
   U.S. Department of Homeland Security
2  Washington DC 20528

3  Alberto Gonzales
   Attorney General
4  U.S. Department of Justice
   950 Pennsylvania Ave. NW
5  Washington DC 20530-0001

6  U.S. Department of Justice
   U.S. Attorney's Office
7  Northern District of California
   Attn: Civil Division, Floors 10-11
8  450 Golden Gate Ave.
   San Francisco, CA 94102

         I declare under penalty of perjury that the foregoing is true and correct,
10 and that this declaration was executed on **July 27, 2007** at San Rafael,
   California.

                                            _____/s/_____
                                            Kip Evan Steinberg

28  *Mortazavi v. Melville (C-07-3768 SI)*
    Pl. Dec. Of Proof Of Service