IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AZIN MORTAZAVI,   No. C 07-03768SI

    Plaintiff,   **NOTICE**

v.

ROSEMARY MELVILLE,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, November 9, 2007, at 2:00 p.m.

Dated: August 15, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk