1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com

6  **Attorney for Plaintiff Azin Mortazavi**

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

AZIN MORTAZAVI                              )
                                            )
         Plaintiff,                         )   **Case No.  C 07-3768 SI**
                                            )
    v.                                      )
                                            )
                                            )
                                            )   **Plaintiff's Return Of**
                                            )   **Executed Summons**
                                            )
ROSEMARY MELVILLE, District Director,       )
USCIS San Francisco District Office         )
EMILIO T. GONZALEZ, Director, USCIS         )
MICHAEL CHERTOFF, Secretary                 )
Department of Homeland Security,            )
ALBERTO GONZALES,  Attorney General,        )
Department of Justice                       )
                                            )
                                            )
         Defendants                         )
_____)

     Plaintiff returns the summons and five "track and confirm" search results from USPS.COM plus copies of five U.S. Postal Service Delivery Confirmation Receipts (Attachments 1-5), indicating receipt of the suit papers by each of the four defendants and the Office of the U.S. Attorney.

*Mortazavi v. Melville (C-07-3768 SI)*
Pl. Return Of Executed Summons

1  Dated : August 16, 2007

6  _____/s/_____
   Kip Evan Steinberg
7  Attorney for Plaintiff Azin Mortazavi

28 *Mortazavi v. Melville (C-07-3768 SI)*
   Pl. Return Of Executed Summons