# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Azin Mortazavi

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Rosemary Melville, Emilio T. Gonzalez, Michael Chertoff, Alberto Gonzalez

**C 07 3768**    SI

TO: (Name and address of defendant)

Rosemary Melville, District Director, USCIS San Francisco District Office, Emilio T. Gonzalez, Director USCIS, Michael Chertoff, Secretary Department of Homeland Security
c/o Office of the General Counsel, U.S. Department of Homeland Security, Washington D.C. 20528

Alberto Gonzalez
U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kip Evan Steinberg (SBN 096084)
Law Offices of Kip Evan Steinberg
1000 Fourth Street, Suite 600
San Rafael, CA 94901

Telephone 415-453-2855

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUL 2 3 2007
DATE_____

_signature_
(BY) DEPUTY CLERK
ANNA SPRINKLES



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5403**
Status: **Delivered**

Your item was delivered at 7:40 AM on August 1, 2007 in WASHINGTON, DC 20223.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

[                    ]   ( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved.    Terms of Use    Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Rosemary Melville, D.D./USCIS/S.F.
c/o Office of the General Counsel
U.S. D.H.S.
Wash. D.C. 20528

Postmark Here

7/27/07

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5403

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002    (See Reverse)



①



# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5694**
Status: **Delivered**

Your item was delivered at 7:40 AM on August 1, 2007 in WASHINGTON, DC 20223.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

[                    ]  ( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map · contact us · government services · jobs · National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use · Privacy Policy



---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)
(Please Print Clearly)

Emilio T. Gonzalez, Dir. USCIS
c/o Office of the General Counsel
U.S. D.H.S.
Washington DC
Postmark 20528
Here

7/27/07

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5694

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002          (See Reverse)





# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5373**
Status: **Delivered**

Your item was delivered at 7:40 AM on August 1, 2007 in WASHINGTON, DC 20223.

(Additional Details >) (Return to USPS.com Home >)

### Track & Confirm

Enter Label/Receipt Number.

(Go >)

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >)

 POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services  jobs  **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Michael Chertoff, Sec. DHS
c/o Office of the General Counsel
U.S. D.H.S.
Wash, D.C. 20528

Postmark Here

7/27/07

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5373

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002      (See Reverse)



③



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5380**
Status: **Delivered**

Your item was delivered at 4:44 AM on August 1, 2007 in WASHINGTON, DC 20530.

(Additional Details >)   (Return to USPS.com Home >)

### Track & Confirm

Enter Label/Receipt Number.

(Go >)

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   (Go >)

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Alberto Gonzales, A.G.
U.S. D.O.J.
950 Pennsylvania Ave. N.W.
Wash. D.C. 20530-0001

Postmark Here

7/27/07

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5380

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002   (See Reverse)



(4)



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5397**
Status: **Delivered**

Your item was delivered at 10:50 AM on July 30, 2007 in SAN FRANCISCO, CA 94102.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.
[                    ]
( Go > )

## Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
(Please Print Clearly)

U.S.D.O.J./US Atty's Office
No. District of CA/Civil Div.
450 Golden Gate Av. Firs 10-11
S.F., CA 94102

7/27/07

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002    (See Reverse)

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5397


(5)