1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

AZIN MORTAZAVI,                              )
                                             )  No. C 07-3768 SI
                Plaintiff,                   )
                                             )
        v.                                   )
                                             )  JOINT REQUEST TO BE EXEMPT FROM
ROSEMARY MELVILLE, District Director         )  FORMAL ADR PROCESS
USCIS San Francisco District Office;         )
EMILIO T. GONZALEZ, Director, USCIS;         )
MICHAEL CHERTOFF, Secretary,                 )
Department of Homeland Security;             )
PETER D. KEISLER, Attorney General,          )
Department of Justice                        )
                                             )
                Defendants.                  )
                                             )

20    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

21  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

22  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

23  provided by the court and private entities, and considered whether this case might benefit from any of

24  them.

25    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

26  mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the

27  application for adjustment of status. Given the substance of the action and the lack of any potential

28  middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

ADR CERTIFICATION
C07-2768 SI                              1

1  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR
2  Multi-Option Program and that they be excused from participating in the ADR phone conference and
3  any further formal ADR process.

4  Dated: October 5, 2007                    Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                                     /s/
                                             MELANIE L. PROCTOR[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants


   Dated: October 5, 2007                            /s/
                                             KIP EVAN STEINBERG
                                             Attorney for Plaintiff


                                    **ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.


   Date:                                     _____
                                             SUSAN ILLSTON
                                             United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C07-2768 SI                            2