IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AZIN MORTAZAVI,                                   No. C 07-03768SI

      Plaintiff,                                    **NOTICE**

  v.

ROSEMARY MELVILLE,

      Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion for summary judgment has been continued to Friday, December 7, 2007, at 9:00 a.m.

Dated: October 18, 2007                                                  RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk