SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AZIN MORTAZAVI, ) | |
| ) | No. C 07-3768 SI |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JOINT CASE MANAGEMENT |
| ROSEMARY MELVILLE, District Director ) | STATEMENT |
| USCIS San Francisco District Office; ) | |
| EMILIO T. GONZALEZ, Director, USCIS; ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| PETER D. KEISLER, Attorney General, ) | |
| Department of Justice ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiff brought this Complaint under 28 U.S.C. §§ 1331 and 1361, and under the Administrative Procedure Act. All parties have been served.

    2. Facts: On January 9, 2006, Plaintiff filed a Form I-485 application for adjustment of status to Legal Permanent Resident with USCIS, based on her marriage to a United States citizen. On July 23, 2007, Plaintiff filed this Complaint for a Writ in the Nature of Mandamus, alleging that Defendants are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 applications, and asking the Court to compel USCIS to adjudicate her application for adjustment of status. Plaintiff's name check is still pending with the Federal Bureau of Investigation.

**1**     3. Legal Issues: The principal legal issue the parties dispute is whether the Court has jurisdiction
**2** to compel agency action in this case and if so, whether a writ a mandamus should issue to remedy
**3** Defendants' alleged unreasonable delay in adjudicating their applications.

**4**     4. Motions: Defendants have filed a motion for summary judgment. The parties believe this matter
**5** may be resolved through cross motions for summary judgment.

**6**     5. Amendment of Pleadings: None.

**7**     6. Evidence Preservation: None.

**8**     7. Disclosures: The parties agree that this Court's review will be confined to the administrative
**9** record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R.
**10** Civ. P. 26.

**11**     8. Discovery: There has been no discovery to date and the parties believe this matter can be
**12** resolved without discovery. No experts will be designated.

**13**     9. Class Actions: Not applicable.

**14**     10. Related Cases: None.

**15**     11. Relief: Plaintiff asks the Court to direct the agency to adjudicate her adjustment of status
**16** application and asks for an award of attorneys' fees. This case does not involve damages.

**17**     12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on
**18** October 5, 2007.

**19**     13. Consent to Magistrate Judge for All Purposes: Defendants do not consent to assignment of this
**20** case to a United States Magistrate Judge.

**21**     14. Other References: None.

**22**     15. Narrowing of Issues: None.

**23**     16. Expedited Schedule: The parties believe this matter can be solved through motions.

**24**     17. Scheduling: The parties suggest the following briefing dates:

**25**   Plaintiff's Opposition and Cross Motion for Summary Judgment:   November 30, 2007
**26**   Defendants' Reply and Opposition:   December 7, 2007
**27**   Plaintiff's Reply:   December 14, 2007
**28** ///

CASE MANAGEMENT STATEMENT
C 07-3768 SI                                        2

The parties believe the matter is suitable for decision without oral argument, and hereby stipulate to submit the matter on the briefs.

18.  Trial: The parties believe the matter can be resolved through the cross motions for summary judgment.

19.  Disclosure of Non-party Interested Entities or Persons: None.

20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: October 19, 2007                    Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                           _____/s/_____
                                           MELANIE L. PROCTOR[1]
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated: October 19, 2007                    _____/s/_____
                                           KIP EVAN STEINBERG
                                           Attorney for Plaintiff

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated:                                     _____
                                           SUSAN ILLSTON
                                           United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

CASE MANAGEMENT STATEMENT
C 07-3768 SI                               3