1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com

6  **Attorney for Plaintiff AZIN MORTAZAVI**

8                UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

12 AZIN MORTAZAVI                          )
                                           )
13            Plaintiff,                   )   **No. C 07-3768 SI**
                                           )
14     v.                                  )
                                           )
15 ROSEMARY MELVILLE, District Director    )   **PLAINTIFF'S NOTICE OF**
   USCIS San Francisco District Office     )   **MOTION AND MOTION FOR**
16 EMILIO T. GONZALEZ, Director, USCIS     )   **SUMMARY JUDGMENT**
   MICHAEL CHERTOFF, Secretary             )
17 Department of Homeland Security         )
   MICHAEL MUKASEY, Attorney General,      )
18 Department of Justice                   )
              Defendants                   )
19 _____)

20          **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

21 TO: DEFENDANTS ROSEMARY MELVILLE, EMILIO T. GONZALEZ, MICHAEL

22 CHERTOFF, MICHAEL MUKASEY AND THEIR ATTORNEYS OF RECORD:

23      PLEASE TAKE NOTICE that on November 30, 2007, before the Honorable

24 Susan Illston, Courtroom No. 10, 450 Golden Gate Avenue, San Francisco,

25 California, Plaintiff will move this Court for an order granting summary

26 judgment in Plaintiff's favor by written motion.  NOTE:  At a case management

28 *Mortazavi v. Melville (No. C 07-3768 SI)*
   Notice of Motion and Motion for S.J.

1  conference held on November 9, 2007, the parties agreed that cross-motions
2  for summary judgment would be submitted on the briefs without oral
3  argument.
4      This motion is based upon Rule 56 of the Federal Rules of Civil
5  Procedure, this notice of motion, the following memorandum of points and
6  authorities, the administrative record, and the pleadings and records on file in
7  this matter.
8      Plaintiff hereby moves the Court for an Order directing entry of summary
9  judgment in favor of plaintiff and against defendants, Rosemary Melville, et al,
10 on the cause of action and for the relief prayed for in Plaintiff's complaint,
11 pursuant to Rule 56(a) of the Rules of Civil Procedure. This motion is made on
12 the ground that there are no genuine triable issues of material fact, and that
13 Plaintiff is entitled to judgment as a matter of law.

15 Dated: November 30, 2007

17                               _____/s/_____
                                  Kip Evan Steinberg
18                                Attorney for Plaintiff MORTAZAVI
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

28 *Mortazavi v. Melville (No. C 07-3768 SI)*
   Notice of Motion and Motion for S.J.          2

1  //

*Mortazavi v. Melville (No. C 07-3768 SI)*
28  Notice of Motion and Motion for S.J.           3