# APPENDIX FIVE



September 21, 2007

Federal Bureau of Investigation
Criminal Justice Information Services (CJIS) Division
ATTN: SCU, Mod. D-2
1000 Custer Hollow Road
Clarksburg, WV 26306

Dear Sir or Madam:

By this letter, I am requesting that you furnish me with an
identification record for myself.  The necessary information is
as follows:

|  |  |
|---|---|
| Name: | Azin Mortazavi |
| Other names used: | none |
| Date of Birth: | ██████ 1982 |
| Place of Birth: | Rafsanjan, Iran |

Would you kindly forward the record directly to my attorney, **Kip
Evan Steinberg, 1000 Fourth Street, Suite 600, San Rafael,  CA
94901.**  I am enclosing a set of fingerprints and a money order in
the amount of $18 to cover your fee.

Thank you very much for your cooperation.

Sincerely,

Azin Mortazavi
encl.

(17)

1-689* (Rev. 10-1-97)

## FEDERAL BUREAU OF INVESTIGATION
### Criminal Justice Information Services Division
### CLARKSBURG, W.V. 26306

Please note the stamp on the back of the enclosed fingerprint card indicating the results of the search of the FBI Criminal Justice Information Services Division's files.

Enclosure(s)



SEP 2 6 2007 5 2 7 2

RECEIVED
OCT 0 1 2007
LAW OFFICES OF
KIP EVAN STEINBERG

Identification and Investigative
Services Section

FBI/DOJ



| APPLICANT | LEAVE BLANK | TYPE OR PRINT ALL INFORMATION IN BLACK | FBI | LEAVE BLANK |
|---|---|---|---|---|

LAST NAME NAM   FIRST NAME   MIDDLE NAME

MORTAZAVI   AZIN

SIGNATURE OF PERSON FINGERPRINTED

Azi Mtani

ALIASES AKA

ORI
DC000000Z
CJIS-WV-DO-REQ
CLARKSBURG, WV

DATE OF BIRTH DOB
Month   Day   Year
82

RESIDENCE OF PERSON FINGERPRINTED

Oakland CA 94619

CITIZENSHIP CTZ   Iran

PLACE OF BIRTH POB
Iran

| SEX | RACE | HGT | WGT | EYES | HAIR |
|---|---|---|---|---|---|
| F | C | 5.7 | 120 | Black | Black |

DATE   SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

9/4/7   M. Romero

2007092724-27-01

LEAVE BLANK

EMPLOYER AND ADDRESS

ARMED FORCES NO. MNU

CLASS _____

REASON FINGERPRINTED

Immigration

SOCIAL SECURITY NO. SOC

REF. _____

MISCELLANEOUS NO. MNU



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

L FOUR FINGERS TAKEN SIMULTANEOUSLY   L THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN

(19)

# FEDERAL BUREAU OF INVESTIGATION
# UNITED STATES DEPARTMENT OF JUSTICE
## CJIS DIVISION/CLARKSBURG, WV 26306

## APPLICANT

### 1. LOOP



CENTER OF LOOP

DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW

### 2. WHORL



DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

### 3. ARCH

ARCHES HAVE NO DELTAS

★ U.S. GPO: 2001  483-800/2-02321
FD-258 (REV. 5-11-99)

TO OBTAIN CLASSIFIABLE FINGERPRINTS:

1. USE BLACK PRINTER'S INK.
2. DISTRIBUTE INK EVENLY ON INKING SLAB.
3. WASH AND DRY FINGERS THOROUGHLY.
4. ROLL FINGERS FROM NAIL TO NAIL, AND AVOID ALLOWING FINGERS TO SLIP.
5. BE SURE IMPRESSIONS ARE RECORDED IN CORRECT ORDER.
6. NOTATE IN THE APPROPRIATE FINGER BLOCKS IF APPLICANT IS MISSING ONE OR MORE FINGERS FOR ANY REASON. IF NOT MISSING, ALL TEN IMPRESSIONS MUST BE PROVIDED WITH SCARS AND DEFORMITIES NOTATED.
7. IF SOME PHYSICAL CONDITION MAKES IT IMPOSSIBLE TO OBTAIN PERFECT IMPRESSIONS, SUBMIT THE BEST THAT CAN BE OBTAINED.
8. EXAMINE THE COMPLETED PRINTS TO SEE IF THEY CAN BE CLASSIFIED, BEARING IN MIND THAT MOST FINGERPRINTS FALL INTO THE PATTERNS SHOWN ON THIS CARD (OTHER PATTERNS OCCUR INFREQUENTLY AND ARE NOT SHOWN HERE).

**THIS CARD FOR USE BY:**

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STATES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

**INSTRUCTIONS:**

1. PRINTS MUST FIRST BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.
2. PRIVACY ACT OF 1974 (PL. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION AND USES WHICH WILL BE MADE OF IT.
3. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
4. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.
MISCELLANEOUS NO. - RECORD: OTHER ARMED FORCES NO. PASSPORT NO. (FP), ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS) VETERANS' ADMINISTRATION CLAIM NO. (VA).

**LEAVE THIS SPACE BLANK**

NO ARREST RECORD

SEP 2 6 2007

CJIS DIVISION FBI

(20)

# APPENDIX SIX

21

U.S. Department of Homeland Security
970 Broad Street
Newark, NJ 07102



U.S. Citizenship
and Immigration
Services

January 2005

# NOTICE

## FBI Name Check Expedite Criteria

In order for USCIS to expedite an FBI Name Check request, one of the following criteria must be established:

- Military deployment must be imminent

- Age-out benefits (not covered under the provision of the Child Status Protection Act)

- Writ of Mandamus – lawsuit pending in Federal Court

- Immigration Judge cases – grant of lawful permanent residence

- Compelling reasons as provided by the requesting office (i.e. critical medical condition) assessed on a case by case basis

# APPENDIX SEVEN

23




Cleveland


Columbus


Cincinnati

**January 2007  Page 1**


Indianapolis


Louisville

# DISTRICT 13 AILA NEWSLETTER

## NATIONAL NEWS

### USCIS Announces Temporary Suspension of Premium Processing Service for Religious Workers (R-1) Nonimmigrant Visa Classification

USCIS Office of Fraud Detection and National Security has completed a Benefit Fraud Assessment (BFA) for religious worker petitions. The BFA revealed significant issues and potential vulnerabilities. As a result of this assessment and to ensure the integrity of the religious worker program, additional adjudication procedures are necessary.

Premium Processing Service guarantees that within 15 calendar days of receipt of a petition, USCIS will issue either and approval notice, a notice of intent to deny, a request for evidence or open an investigation for fraud or misrepresentation. Due to the complexities of the USCIS adjudication processes at this time, the Agency can not reasonably ensure this level of processing service for the R-1 petitions within 15 calendar days. Therefore, USCIS is temporarily suspending Premium Processing Service for aliens in a religious occupation which is filed on Form I-129, along with the Q-1 and R-1 classification supplement.

This suspension will last six months beginning on November 28, 2006. During this timeframe, USCIS will determine whether it is able to process these cases within 15 calendar days of receipt. If so, Form I-129 requesting R-1 nonimmigrant visa classification once again will be available for Premium Processing Service. Otherwise, USCIS may prescribe additional conditions of availability on Premium Processing Service for religious worker petitions, or may publish a Federal Register Notice permanently removing the R-1 nonimmigrant visa classification from eligibility for Premium Processing Service.

### USCIS Change in Practice Regarding Mandamus Actions

In the interest of fairness and processing cases chronologically, USCIS will no longer routinely request the Federal Bureau of Investigation (FBI) expedite a name check when a mandamus action has been filed against USCIS seeking adjudication of immigration applications in which the delay is related to an FBI name check. USCIS may still request the FBI to expedite a name check for an applicant who meets at least on of the following criteria:

- Military deployment
- Age-out cases not covered by the Child Status Protection Act (CSPA)
- Applications affected by the sunset provision, such as Diversity Visas (DV's)
- Loss of Social Security benefits or other subsistence benefits (at the discretion of the District Director)
- Compelling reasons (e.g. critical medical condition)

A mandamus action is not required nor recommended, if one of the above criteria exists. This change in practice became effective December 21, 2006, and included both N-400 and I-485 applicants.

National News Continued on Page 2

24

*Office of Communications*
U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

February 20, 2007

# USCIS Update

## USCIS CLARIFIES CRITERIA TO EXPEDITE FBI NAME CHECK
*Federal Litigation Removed as Sole Basis to Expedite Check*

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the FBI to expedite a name check when the only reason for the request is that a mandamus (or other federal court petition) is filed in the case.

USCIS may continue to request an expedited FBI name check if the case meets one of the other approved criteria, including:

1. Military deployment,
2. Age-out cases not covered under the *Child Status Protection Act*, and applications affected by sunset provisions such as diversity visas,
3. Significant and compelling reasons, such as critical medical conditions, and
4. Loss of social security benefits or other subsistence at the discretion of the USCIS District Director.

The FBI name check is an invaluable part of the security screening process, ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens. USCIS also requests an FBI name check to screen out people who seek immigration benefits improperly or fraudulently and ensure that only eligible applicants receive benefits.

Information about the FBI name check is available on the USCIS website at http://www.uscis.gov or by calling the USCIS National Customer Service Center toll free at 1-800-375-5283.

– USCIS –

On March 1, 2003, U.S Citizenship and Immigration Services became one of three legacy INS components to join the U.S. Department of Homeland Security. USCIS is charged with fundamentally transforming and improving the delivery of immigration and citizenship services, while enhancing our nation's security.

25

# APPENDIX EIGHT

26

In Re:

Azin Mortazavi

I, Azin Mortazavi, after being duly sworn do declare as follows:

1. I filed an application for adjustment of status with the Immigration Service on January 9, 2006. That application is still pending. This delay has harmed me and my husband in several ways:

2. Living in this country without a permanent status causes my husband and I great worry and anxiety about our futures.

3. We hope to have children some day and want them to grow up in America where the opportunities for them will be some much better than in Iran. My husband is a naturalized U.S. citizen. He was born in Iran as was I. We know the difficulties of daily life in Iran, particularly under the present regime. We would like our children to have the opportunity for a better education, better health care, and freedom in their daily lives. We don't have freedom in Iran.

4. As a woman, life in Iran is repressive and I don't want to have to return to live there. These are the things that my husband and I worry about since my permanent immigration status in this country is still not approved. My husband and I wish for me to have a more stable and permanent immigration status so that we can live without this constant stress and anxiety.

5. I am required to apply each year for employment authorization, which now costs $340, and "advance parole" which is a travel document which costs $305. These applications are costly and time consuming and the processing time for them is uncertain.

6. In addition, it is more difficult to obtain a visa to travel to other countries with just the advance parole document. If I had a permanent resident card it would be easier to obtain visas to Europe and places like that.

27

7. I am studying to become an accountant. I would like to complete my degree, pass the C.P.A. exam and become an accountant in this country.  If my application is not approved and I have to return to Iran, this will be a big disruption to my professional education.

8. Finally, I would like to become a U.S. citizen as soon as possible.  I love this country and want to fully participate in the rights and freedoms it offers, including the right to vote, the right to participate on a jury, and the freedom to travel abroad and return without the fear of exclusion at the border.

9. I also wish to become a U.S. citizen in order to be able to petition for my parents to come and live in the United States.  They are elderly and I do not get to see them often since they live in Iran.  I want them to live near so that I can take care of them.  I love them and miss them very much.  However, this delay in becoming a permanent resident is also delaying the day I can apply for citizenship.

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.


Dated: November 26, 2007

Azin Mortazavi

2

28