Kip Evan Steinberg (SBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiff AZIN MORTAZAVI**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AZIN MORTAZAVI,<br><br>            Plaintiff,<br><br>    v.<br><br>ROSEMARY MELVILLE, District Director<br>USCIS San Francisco District Office<br>EMILIO T. GONZALEZ, Director, USCIS<br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security<br>MICHAEL MUKASEY, Attorney General,<br>Department of Justice<br>            Defendants | **No. C 07-3768 SI**<br><br>**(PROPOSED) ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

    The Court finds that defendants have a non-discretionary duty to process Plaintiff's I-485 application within a reasonable period of time.  Two years is presumptively an unreasonable length of time for Plaintiff's application to remain pending. Plaintiff's application has been pending approximately two years.  Defendants have submitted no evidence attributing any part of this delay to Plaintiff or demonstrated any special circumstances justifying such a period of delay.   Accordingly, the delay is unreasonable and Plaintiff is entitled to mandamus relief.

*Mortazavi v. Melville (No. C 07-3768 SI)*
Plaintiff's Reply

It is hereby ORDERED that:

1. Plaintiff's Motion for Summary Judgment is GRANTED.
2. Defendant's Motion for Summary Judgment is DENIED.
3. Defendant Attorney General Mukasey shall complete the processing of Plaintiff's name check forthwith.
4. Defendants shall make a decision on Plaintiff's I-485 application forthwith.

IT IS SO ORDERED.

Date: _____

                                  SUSAN ILLSTON
                                  United States District Judge