1  /s/SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AZIN MORTAZAVI, | ) |
| Plaintiff, | ) No. C 07-3768 SI |
| v. | ) |
| ROSEMARY MELVILLE, District Director USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General, Department of Justice | ) NOTICE OF APPROVAL ) ) ) ) ) ) |
| Defendants. | ) |

Defendants hereby notify the Court that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status, mooting the action. <u>See</u> Declaration of Melanie Proctor, Exh. A.

Dated: January 3, 2008          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


          /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

NOTICE OF APPROVAL
C07-3768 SI                    1