SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AZIN MORTAZAVI, ) | No. C 07-3768 SI |
| Plaintiff, ) | |
| v. ) | DECLARATION OF MELANIE PROCTOR |
| ROSEMARY MELVILLE, District Director ) USCIS San Francisco District Office; ) EMILIO T. GONZALEZ, Director, USCIS; ) MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; ) MICHAEL B. MUKASEY, Attorney General, ) Department of Justice ) Defendants. ) | |

   I, Melanie Proctor, declare and state as follows:

   1.  I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

   2. Exhibit A is a true copy of the approval of Plaintiff's adjustment application, provided to me by U.S. Citizenship and Immigration Services counsel.

Signed this 3rd day of January, 2008, in San Francisco, California.

                    /s/
            MELANIE L. PROCTOR

PROCTOR DECLARATION
C07-3768 SI                         1

# EXHIBIT A

U.S. Department of Homeland Security
630 Sansome Street, E-11
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

**AZIN MORTAZAVI**

OAKLAND, CA 94619

Date:   December 31, 2007
A: ▓▓▓▓▓
Approval Date: **December 31, 2007**
Adj. Class: **IR6**

DEAR APPLICANT(S):

Please be advised that you have been granted permanent residence status as of the above date. This letter should not be regarded as proof of that status. You are being processed for an alien registration card which should be mailed to you at the above address. If you need a stamp in your passport, you must make an appointment through the internet at www.USCIS.gov. Click of the INFOPASS icon for action and follow instructions. EMERGENCIES: IF AN EMERGENCY EXISTS, THE STAMP MAY BE OBTAINED ON A WALK-IN BASIS. PROOF OF EMERGENCY MUST BE PROVIDED. Bring this original letter (no copies) and your valid unexpired passport with you. Also, bring any original I-94s, advance paroles, or employment authorization cards in your possession.

BETWEEN THE HOURS OF 7:45 AM to 12:00 PM, MONDAY THROUGH FRIDAY ONLY (except holidays and the last Wednesday of each month). (This letter is not valid without proper signature and immigration stamps.)

Sincerely,



Robin Barrett
Field Office Director

cc:   Law Office of Kip Evan Steinberg
      1000 Fourth Street, Suite 600
      San Rafael, CA 94901