1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AZIN MORTAZAVI, ) | |
| ) | No. C 07-3768 SI |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATED DISMISSAL; PROPOSED |
| ROSEMARY MELVILLE, District Director ) | ORDER |
| USCIS San Francisco District Office; ) | |
| EMILIO T. GONZALEZ, Director, USCIS; ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| MICHAEL B. MUKASEY, Attorney General, ) | |
| Department of Justice ) | |
| ) | |
| Defendants. ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///

///

///

///

///

Each of the parties shall bear their own costs and fees.

Dated: January 7, 2008              Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                    /s/
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: January 7, 2008                        /s/
                                                KIP EVAN STEINBERG
                                                Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                               _____
                                                SUSAN ILLSTON
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.