1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

| | |
|---|---|
| AZIN MORTAZAVI, | ) |
|        Plaintiff, | ) No. C 07-3768 SI |
|        v. | ) |
| ROSEMARY MELVILLE, District Director | ) STIPULATED DISMISSAL; PROPOSED ORDER |
| USCIS San Francisco District Office; | ) |
| EMILIO T. GONZALEZ, Director, USCIS; | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security; | ) |
| MICHAEL B. MUKASEY, Attorney General, | ) |
| Department of Justice | ) |
|        Defendants. | ) |

20     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///
///
///
///
///

STIPULATED DISMISSAL
C07-3768 SI                                    1

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: January 7, 2008                    Respectfully submitted,

4                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
5

6                                                   /s/
                                             ─────────────────────────
7                                            MELANIE L. PROCTOR[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants
8

9
   Dated: January 7, 2008                           /s/
10                                           ─────────────────────────
                                             KIP EVAN STEINBERG
                                             Attorney for Plaintiff
11

12                         **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:                                    ─────────────────────────
16                                           SUSAN ILLSTON
                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27  ─────────────────────────

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-3768 SI                                  2