1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  CHARLES M. O'CONNOR (CA State Bar No. 56320)
3  Assistant United States Attorney
   450 Golden Gate Ave., 10th Floor
4  San Francisco, California 94102
5  Tel:    (415) 436-7180

6  RONALD J. TENPAS
7  Assistant Attorney General
   Environment and Natural Resources Division
8  PAUL CIRINO
   Trial Attorney
9  U.S. Department of Justice
10 Environmental Defense Section
   P.O. Box 23986
11 Washington, D.C. 20026-3986
   Tel:    (202) 514-1542
12 Fax:    (202) 514-8865
13 paul.cirino@usdoj.gov

14 ATTORNEYS FOR DEFENDANTS

FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT et al., | Case No. 07-3768 JSW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATED MOTION TO CORRECT CLERICAL MISTAKE IN MAY 5, 2008 ORDER |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al., | |
| Defendants. | |

Proposed Order Granting Stipulated Motion to Correct Clerical Mistake
Case No. 07-3678 JSW

1   Upon consideration of the Stipulated Motion to Correct Clerical Mistake in May 5, 2008

2   Order, it is hereby ORDERED that the Order of May 5, 2008 is AMENDED as follows:

3

4   1.   The final two words of Item (4) on Line 28 of Page 7 shall read "July 2012"

5   instead of "October 2012"; and

6   2.   The phrase "five years and one month" on Line 17 of Page 8 shall read "four

7   years and ten months."

8   The remainder of the May 5, 2008 Order shall remain unchanged.

9

10

11   Dated: __June 24__, 2008                    _/s/ Jeffrey S. White_
12                                                UNITED STATES DISTRICT JUDGE